IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>vs.<br><br>TWO SUMS OF UNITED STATES CURRENCY, $28,535.00 AND $27,400.00,<br><br>                    Defendant. | **CASE NO. 8:12CV345**<br><br>**ORDER** |

This matter is before the Court on the Motion to Set Aside Clerk's Entry of Default (Filing No. 23) filed by Claimant Charles Crosby. The Clerk entered default against Mr. Crosby on March 8, 2013 (Filing No. 19). Counsel for Mr. Crosby has indicated that he has discussed this matter with attorney for Plaintiff, and Plaintiff does not oppose setting aside the entry of default. Accordingly,

IT IS ORDERED:

1. The Motion to Set Aside Clerk's Entry of Default (Filing No. 23) filed by Claimant Charles Crosby is granted; and

2. The Entry of Default against Claimant Charles B. Crosby (Filing No. 19) is vacated.

Dated this 19th day of April, 2013.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge